## SAM HARRIS v. STATE.

No. 3124.   Opinion Filed November 23, 1918.

(175 Pac. 946.)

**APPEAL AND ERROR—Appeal Taken for Delay—Affirmance.** Where no brief was filed by plaintiff in error, and there was no appearance when case was set for submission, and evidence clearly established defendant's guilt, and it appeared that appeal was taken merely for delay, a conviction would be affirmed.

*Appeal from County Court, Tulsa County;*
*H. L. Standeven, Judge.*

Sam Harris was convicted of the crime of unlawfully selling intoxicating liquor, his punishment fixed at a fine

of $50 and thirty days' imprisonment, and he appeals. Affirmed.

*S. P. Freeling,* Atty. Gen., and *R. McMillan,* Asst. Atty. Gen., for the State.

PER CURIAM. This is an appeal from the county court of Tulsa county, wherein the defendant, Sam Harris, was convicted of selling a half pint of whisky to Mr. H. C. Holderman on the 5th day of February, 1917.

No brief has been filed in behalf of plaintiff in error, nor was any appearance made at the time this case was set for submission. The evidence clearly establishes the guilt of the defendant, and it is apparent that the appeal was taken merely for delay.

The judgment of conviction is affirmed.